■ RENEE CAFIERO, Respondent, v DOMENICK NAPOLETANO, Appellant. [595 NYS2d 328] —Appeal by the defendant from an order of the Supreme Court, Kings County (Ramirez, J.), dated November 23, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ramirez at the Supreme Court. Thompson, J. P., Sullivan, O'Brien and Copertino, JJ., concur.